2023R00752/GMB

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FILED
SEP 09 2025
AT 8:30 1:31
CLERK, U.S. DISTRICT COURT - DNJ

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Katharine S. Hayden |
| v. | Case No. 25-537 |
| BARSHAY JACOBS,<br>a/k/a "Barshay Evans" | 18 U.S.C. § 922(g)(1) |

### INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

### COUNT ONE
(Possession of a Firearm and Ammunition by a Convicted Felon)

On or about June 29, 2023, in Hudson County, in the District of New Jersey, and elsewhere, the defendant,

BARSHAY JACOBS,
a/k/a "Barshay Evans,"

knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, namely, a Haskell Manufacturing, Inc. model JHP .45 caliber semiautomatic pistol, bearing serial number X4132055, and ammunition, namely, at least three rounds of .45 caliber ammunition, and the firearm and ammunition were in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

The grand jury further alleges that, with respect to the charge set forth in Count One, before the defendant,

BARSHAY JACOBS,

## a/k/a "Barshay Evans,"

committed such offense, he had at least three previous convictions for offenses qualifying under Title 18, United States Code, Section 924(e)(2) that were committed on occasions different from one another.

## COUNT TWO
(Possession of a Firearm and Ammunition by a Convicted Felon)

On or about July 7, 2023, in Hudson County, in the District of New Jersey, and elsewhere, the defendant,

### BARSHAY JACOBS,
### a/k/a "Barshay Evans,"

knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, namely, a Haskell Manufacturing, Inc. model JHP .45 caliber semiautomatic pistol, bearing serial number X4132055, and ammunition, namely, 35 rounds of "Blazer 45 Auto" ammunition, and the firearm and ammunition were in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

The grand jury further alleges that, with respect to the charge set forth in Count Two, before the defendant,

### BARSHAY JACOBS,
### a/k/a "Barshay Evans,"

committed such offense, he had at least three previous convictions for offenses qualifying under Title 18, United States Code, Section 924(e)(2) that were committed on occasions different from one another.

## FORFEITURE ALLEGATION

1. Upon conviction of either of the offenses in violation of Title 18, United States Code, Section 922(g)(1), as set forth in Counts One and Two of this Indictment, the defendant,

**BARSHAY JACOBS,**
a/k/a "Barshay Evans,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of such offenses, including, but not limited to, the following:

(a) one Haskell Manufacturing, Inc. model JHP .45 caliber semiautomatic pistol, bearing serial number X4132055;

(b) three rounds of .45 caliber ammunition; and

(c) 35 rounds of "Blazer 45 Auto" ammunition.

## SUBSTITUTE ASSETS PROVISION

2. If any of the property described above, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

A TRUE BILL

TODD BLANCHE
UNITED STATES DEPUTY ATTORNEY GENERAL

*Alina Habba*

ALINA HABBA
ACTING UNITED STATES ATTORNEY
SPECIAL ATTORNEY

/s/ George M. Barchini
GEORGE M. BARCHINI
ASSISTANT UNITED STATES ATTORNEY

CASE NUMBER: 25-537

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

BARSHAY JACOBS,
a/k/a "Barshay Evans"

## INDICTMENT FOR

18 U.S.C. § 922(g)(1)

A True Bill,



TODD BLANCHE
UNITED STATES DEPUTY ATTORNEY GENERAL

ALINA HABBA
ACTING UNITED STATES ATTORNEY
SPECIAL ATTORNEY

GEORGE M. BARCHINI
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 297-2085